**Electronically Filed
Supreme Court
SCWC-24-0000030
07-JAN-2026
12:53 PM
Dkt. 11 ODAC**

SCWC-24-0000030

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

WILLIAM DEL MICHAEL WOODS, also known as Smokey,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000030; CASE NO. 1CPC-21-0000596)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, and Ginoza, JJ., and
Circuit Judge Wong, in place of Devens, J., recused), and
Circuit Judge Ashford, assigned by reason of vacancy)

Petitioner William Del Michael Woods's Application for

Writ of Certiorari, filed on December 1, 2025, is hereby rejected.

DATED: Honolulu, Hawai'i, January 7, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Paul B.K. Wong

/s/ James H. Ashford

